450 A.2d 206

Commonwealth v. Gilmore, Appellant.

Petition for Allowance of Appeal
Denied Feb. 22, 1983.

Submitted February 23, 1982. Robert B. Mozenter, for appellant; Richard L. McMonigle, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and BECK, JJ.

The judgment of sentence is affirmed.